```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 26117
    WILLIAM M JONES
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7610

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/30/08 .

    2.  The case was dismissed without confirmation, 12/05/2008.

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00          .00            .00
PRINCIPAL PAID          .00        .00         .00          .00            .00
INTEREST PAID           .00        .00         .00          .00            .00
TOTAL PAID              .00        .00         .00          .00            .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .




    Dated: 03/13/09              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 26117 WILLIAM M JONES
```